IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADVANCED MARKETING SYSTEMS, LLC | § § § § § | |
| v. | § § § § | CIVIL ACTION NO. 6:15-CV-134 LEAD CASE |
| CVS PHARMACY, INC., *et al*. | § § § § § | |

**ORDER**

Defendants CVS Pharmacy, Inc., Walgreen Co. and Brookshire Grocery Company filed a letter brief requesting permission to file a motion for judgment on the pleadings for invalidity under § 101 with respect to U.S. Patent Nos. 8,219,445; 8,370,199; and 8,538,805 (ECF 16). Plaintiff filed a response in opposition to the letter brief and Defendants filed a reply. Having considered the parties' arguments and the applicable law, Defendants' request is hereby **GRANTED**. Defendants may jointly file one motion for judgment on the pleadings for invalidity under § 101 in conformance with the page limitation set forth in Local Rule CV-7(a)(1).

So ORDERED and SIGNED this 19th day of August, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE